UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRON B., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-24-1046-R |
| | ) |
| FRANK BISIGANO, | ) |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation [Doc. No. 20] issued by United States Magistrate Judge Chris M. Stephens in which he recommends that the final decision of the Commissioner of Social Security denying Plaintiff's application for benefits be reversed and remanded. Judge Stephens advised the parties of their right to object to the Report by August 12, 2025 and further advised that a failure to make timely objection to the Report waives the right to appellate review of the factual and legal issues therein contained. The record shows that no objection to the Report has been filed within the time prescribed by Judge Stephens.

Accordingly, the Court ADOPTS the Report and Recommendation and, for the reasons stated therein, REVERSES the decision of the Commissioner and REMANDS this matter for further administrative proceedings.

IT IS SO ORDERED this 15th day of August, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE