UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRON MATHEW BRINGHAM, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-24-1046-R |
| | ) |
| FRANK BISIGANO, | ) |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

    Before the Court is Plaintiff's Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act [Doc. No. 24] seeking an award of attorney fees in the amount of $7,912.40. The Commissioner filed a response [Doc. No. 25] indicating that he has no objection to the request. Having considered the unopposed motion, the Court grants the request for attorney fees. The undersigned knows of no special circumstances that would make an award of attorney fees unjust and finds the requested amount to be reasonable.

    The Court therefore awards Plaintiff $7,912.40 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, payable to Plaintiff in care of her attorney, subject to offsets for debts to the federal government. Should Plaintiff's counsel ultimately receive attorney fees pursuant to 42 U.S.C. § 406(b), counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 21st day of August, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE